**UNITED STATES of America**
v.
**BERKERY, John, Appellant.**
**No. 87–1637.**
United States Court of Appeals,
Third Circuit.
May 31, 1989.

Before MANSMANN, SCIRICA and COWEN, Circuit Judges.

## ORDER

The Petition for Panel Rehearing is hereby granted. The opinion filed January 17, 1989 is hereby vacated.